FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_                          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LAMOND PHILLIPS, ) | Case No. CV 11-04448 AG (AN) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| B. M. CASH, WARDEN, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

DATED: August 30, 2011

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY